■ FREDERICK D. NEWMAN et al., Appellants, v NEW YORK POST, et al., Respondents.—Judgment, Supreme Court, New York County (William McCooe, J.), entered on or about July 9, 1986, unanimously affirmed for the reasons stated by McCooe, J., without costs or and without disbursements. Concur—Kupferman, J. P., Carro, Kassal and Rosenberger, JJ.